

OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Becky Steinkamp,<br>    Plaintiff,<br>v.<br>State Farm Fire And Casualty Company,<br>AND Tony Brummit Insurance Agency Inc,<br>    Defendant. | No. CJ-2021-5425<br>(Civil relief more than $10,000: NEGLIGENCE (GENERAL))<br><br>Filed: 12/20/2021<br><br>Judge: Bonner, Anthony L. |

## PARTIES

State Farm Fire And Casualty Company, Defendant
Steinkamp, Becky, Plaintiff
Tony Brummit Insurance Agency Inc, Defendant

## ATTORNEYS

**Attorney**

Burrage, Michael (Bar #1350)
WHITTEN BURRAGE
512 N BROADWAY AVE
SUITE 300
OKLAHOMA CITY, OK 73102

**Represented Parties**

Steinkamp, Becky

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.    Issue: NEGLIGENCE (GENERAL) (NEGL)
            Filed By: Steinkamp, Becky
            Filed Date: 12/20/2021



EXHIBIT 1

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 12-20-2021 | [ TEXT ] | | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 12-20-2021 | [ NEGL ] | | | | |
| | | NEGLIGENCE (GENERAL) | | | |
| 12-20-2021 | [ DMFE ] | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |
| 12-20-2021 | [ PFE1 ] | | | | $ 163.00 |
| | | PETITION | | | |
| 12-20-2021 | [ PFE7 ] | | | | $ 6.00 |
| | | LAW LIBRARY FEE | | | |
| 12-20-2021 | [ OCISR ] | | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 12-20-2021 | [ OCJC ] | | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 12-20-2021 | [ OCASA ] | | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 12-20-2021 | [ SSFCHSCPC ] | | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-20-2021 | [ CCADMINCSF ] | | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-20-2021 | [ CCADMIN0155 ] | | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 12-20-2021 | [ SJFIS ] | | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 12-20-2021 | [ DCADMIN155 ] | | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |
| 12-20-2021 | [ DCADMIN05 ] | | | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | |
| 12-20-2021 | [ DCADMINCSF ] | | | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-20-2021 | [ CCRMPF ] | | | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | |

| | |
|---|---|
| 12-20-2021  [ CCADMIN04 ]<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 12-20-2021  [ LTF ]<br>LENGTHY TRIAL FUND | $ 10.00 |
| 12-20-2021  [ SMF ]<br>SUMMONS FEE (CLERKS FEE)X2 | $ 20.00 |

**12-20-2021  [ P ]**

PETITION
Document Available (#1051219167) TIFF  PDF

**12-20-2021  [ EAA ]**

ENTRY OF APPEARANCE MICAHEL BURRAGE, REGGIE N WHITTEN, J. REVELL PARRISH AND JESSE S OGLE AS ATTORNEYS FOR PLAINTIFF
Document Available (#1051308140) TIFF  PDF

**12-20-2021  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE.

**12-20-2021  [ ACCOUNT ]**

RECEIPT # 2021-5115307 ON 12/20/2021.
PAYOR: WHITTEN & BURRAGE, LLP TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2021-5425: $183.00 ON AC01 CLERK FEES.
CJ-2021-5425: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2021-5425: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2021-5425: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2021-5425: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2021-5425: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2021-5425: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2021-5425: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2021-5425: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2021-5425: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2021-5425: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2021-5425: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**01-11-2022  [ SMS ]**

SUMMONS RETURNED, SERVED BY CERTIFIED MAIL TO STATE FARM FIRE AND CASUALTY COMPANY ON 1/5/2022
Document Available (#1051314379) TIFF  PDF

**01-11-2022  [ SMS ]**

SUMMONS RETURNED, SERVED BY CERTIFIED MAIL TO TONY BRUMMITT INSURANCE AGENCY ON 12/30/2021
Document Available (#1051315454) TIFF  PDF