

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 2 0 2021

RICK WARREN
COURT CLERK

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

112 _____

| | |
|---|---|
| BECKY STEINKAMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: CJ-2021-_____ |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | CJ-2021-5425 |
| COMPANY, and TONY BRUMMITT ) | |
| INSURANCE AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Michael Burrage, Reggie N. Whitten, J. Revell Parrish and Jesse S. Ogle of Whitten Burrage hereby enter their appearance as counsel of record for Plaintiff Becky Steinkamp in the above captioned case.

Respectfully submitted,

/s/ *signature*

Michael Burrage, OBA No. 1350
Reggie N. Whitten, OBA No. 9576
J. Revell Parrish, OBA No. 30205
Jesse S. Ogle, OBA No. 34275
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone:   (405) 516-7800
Facsimile:    (405) 516-7859
Email:           rwhitten@whittenburragelaw.com
                    mburrage@whittenburragelaw.com
                    rparrish@whittenburragelaw.com
                    jogle@whittenburragelaw.com

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT
3