

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 11 2022

RICK WARREN
COURT CLERK
108

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

BECKY STEINKAMP, )
)
Plaintiff, )
)
vs. ) Case No.: CJ-2021-_____
)
STATE FARM FIRE AND CASUALTY )
COMPANY, and TONY BRUMMITT )
INSURANCE AGENCY, INC., )     **CJ-2021-5425**
)
Defendants. )

## SUMMONS

To the above-named Defendant:   **STATE FARM FIRE AND CASUALTY COMPANY**

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 20 day of December, 2021.

RICK WARREN, COURT CLERK

By: _____
    Deputy Court Clerk

(SEAL)

**ATTORNEYS OF RECORD FOR PLAINTIFF:**

Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
J. Revell Parrish, OBA #30205
Jesse S. Ogle, OBA No. 34275
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone:   (405) 516-7800
Facsimile:   (405) 516-7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rparrish@whittenburragelaw.com
jogle@whittenburragelaw.com

This summons was served on:  1/5/2022
                             (date of service)

Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**EXHIBIT**
**4**

## RETURN OF SERVICE

I certify [...] I delivered a copy of s[...] ant personally in

Nam[...] ice

1. Article Addressed to:
State Farm Fire & Casualty Company
c/o Oklahoma Insurance Department
Attention: Legal Department
400 N.E. 50th Street
Oklahoma City, OK 73105

RECEIVED
JAN 05 2022
OKLAHOMA INSURANCE DEPT.

9590 9402 5893 0049 4906 14

7020 2450 0001 6996 7778

I certify [...] and that I served Petition attached at residence with [...] older.

Received this summons the _____ day of _____, _____, [...] summoned the within name[...], a corporation, on the _____ day of _____ correct copy of the Petition to being the _____ of said corporation, chief officer not being found in said County.

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

State Farm Fire & Casualty Company
c/o Oklahoma Insurance Department
Attention: Legal Department
400 N.E. 50th Street
Oklahoma City, OK 73105

I certify that the following persons of the Defendant

Total $ _____

_____, Sheriff
_____ County, Oklahoma

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant at the address shown by certified mail, addressee only, return receipt requested, on the 4th day of January, 2022, and receipt thereof on the dates shown.

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| State Farm Fire & Casualty Company | c/o Oklahoma Insurance Department Attention: Legal Department 400 N.E. 50th Street, Oklahoma City, OK 73105 | January 5, 2022 |

By: _____