

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 11 2022

RICK WARREN
COURT CLERK

108 _____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

BECKY STEINKAMP, )
      Plaintiff, )
)
vs. ) Case No.: CJ-2021-_____
)
STATE FARM FIRE AND CASUALTY )
COMPANY, and TONY BRUMMITT ) **CJ-2021-5425**
INSURANCE AGENCY, INC., )
)
      Defendants. )

## SUMMONS

To the above-named Defendant:   **TONY BRUMMITT INSURANCE AGENCY, INC.**

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 20 day of December, 2021.

RICK WARREN, COURT CLERK

By: _____
    Deputy Court Clerk

(SEAL)

**ATTORNEYS OF RECORD FOR PLAINTIFF:**

Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
J. Revell Parrish, OBA #30205
Jesse S. Ogle, OBA No. 34275
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rparrish@whittenburragelaw.com
jogle@whittenburragelaw.com

This summons was served on: 12/30/2021
               (date of service)

Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

EXHIBIT 5

**RETURN OF SERVICE**

I certify ~~...~~ delivered a copy of said ~~...~~ it personally in

Name ~~...~~

1. Article Addressed to:

Tony Brummitt Insurance Agency, Inc.
c/o Registered Agent
James Anthony Brummitt
9509 North Council Road
Oklahoma City, OK 73162

9590 9402 5893 0049 4906 07

2. Article Number (Transfer from service label):
7020 2450 0001 6996 7785

A. Signature: X Eli Koehn — Agent
B. Received by (Printed Name): Eli Koehn
C. Date of Delivery: 12/30/21

3. Service Type: ☒ Certified Mail Restricted Delivery; ☒ Return Receipt for Merchandise

I certify ~~...~~ that I served ~~...~~ tion attached at ~~...~~ sidence with ~~...~~ lder.

as commanded therein, I summoned the within _____, a corporation, on the ____ day of _____ correct copy of the Petition to ____ing the _____ of said corporation, ief officer not being found in said County.

~~fy~~ that the following persons of the Defendant

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee $
Extra Services & Fees
Postage $
Total $

Sent To: Tony Brummitt Insurance Agency, Inc.
c/o Registered Agent
Street: James Anthony Brummitt
9509 North Council Road
City: Oklahoma City, OK 73162

Total $ _____

_____, Sheriff

uty, _____ County, Oklahoma

**CERTIFICATE OF SERVICE BY MAIL**

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant at the address shown by certified mail, addressee only, return receipt requested, on the 29th day of December, 2021, and receipt thereof on the dates shown.

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| Tony Brummitt Insurance Agency, Inc. | c/o Registered Agent James Anthony Brummitt 9509 North Council Road, OKC, OK 73162 | December 30, 2021 |

By: /s/ _____